IN RE:                                               CASE NO. 08-50034-S

DANIEL E. BERTKE                                     CHAPTER 7
APRIL D. BERTKE
    Debtors                                          REPORT OF DIVIDEND
                                                     UNDER FIVE DOLLARS

    Harold A. Corzin, Trustee herein, reports that check #123 in the amount of $7.16 was issued on May 5, 2011 to the Clerk of Courts in payment of dividends under $5.00 for the following unsecured creditors:

                                                                            Amt. of Dividend

| Claim # | Creditor | Amount |
|---|---|---|
| Claim #4 | Crystal Clinic, Inc.<br>P.O. Box 75575<br>Cleveland, OH 44101-4755 | $ .40 |
| Claim #7 | United Collection Bureau Inc.<br>5620 Southwyck Blvd. Ste 206<br>Toledo, OH 43614 | $ .73 |
| Claim #8 | Pediatric Ophthalmology Associ<br>555 S. 18th St., 4C<br>Columbus, OH 43205 | $ .87 |
| Claim #17 | Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk, VA 23541 | $ 1.77 |
| Claim #27 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $ 1.49 |
| Claim #28 | City of Columbus<br>Dept of Public Utilities<br>910 Dublin Rd.<br>Columbus, OH 43215 | $ 1.90 |

TOTAL:                                                                       $ 7.16

*ck # 123*
*receipt # 82353*

_(signature)_

HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

May 11, 2011