```
IN RE:                          FILED                   CASE NO. 08-50034-S
                          2011 JUN -6 PM 3:25
DANIEL E. BERTKE                                        CHAPTER 7
APRIL D. BERTKE              U.S. BANKRUPTCY COURT
        Debtors            NORTHERN DISTRICT OF OHIO    REPORT OF DIVIDEND
                                   AKRON                UNDER FIVE DOLLARS
```

Harold A. Corzin, Trustee herein, reports that check #140 in the amount of $16.00 was issued on May 23, 2011 to the Clerk of Courts in payment of dividends under $5.00 for the following unsecured creditors:

Amt. of Dividend

| Claim #2  | ECAST SETTLEMENT CORPORATION<br>POB 35480<br>NEWARK, NJ  07193-5480                | $ 3.61 |
|-----------|------------------------------------------------------------------------------------|--------|
| Claim #4  | Crystal Clinic, Inc.<br>P.O. Box 75575<br>Cleveland, OH  44101-4755                | $  .29 |
| Claim #7  | United Collection Bureau Inc.<br>5620 Southwyck Blvd. Ste 206<br>Toledo, OH 43614  | $  .52 |
| Claim #8  | Pediatric Ophthalmology Associ<br>555 S. 18th St., 4C<br>Columbus, OH 43205        | $  .62 |
| Claim #9  | Columbia Gas of Ohio<br>Revenue Recovery<br>200 Civic Center Dr., 11th Fl.<br>Columbus, OH 43215 | $ 3.62 |
| Claim #15 | ROUNDUP FUNDING, L.L.C.<br>MS550<br>PO Box 91121<br>SEATTLE, WA 98111              | $ 3.62 |
| Claim #17 | Portfolio Recovery Associates, LLC.<br>PO Box 12914<br>Norfolk, VA 23541           | $ 1.28 |
| Claim #27 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131            | $ 1.07 |

*see next page*

| | | | |
|---|---|---|---|
| Claim #28 | City of Columbus<br>Dept of Public Utilities<br>910 Dublin Rd.<br>Columbus, OH 43215 | | ($ 1.37) |

TOTAL: $ 16.00 *see previous page*

Ck #140
receipt #82394

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

May 23, 2011